# CHICAGO AND WESTERN INDIANA RAILROAD COMPANY
## v.
## JANE A. GEORGE.

RAILROADS IN STREETS—DAMAGES.—The questions involved in this case are similar to those considered in Chicago and Western Indiana Railroad Company v. Berg, *ante* 607, and for reasons there given the judgment is reversed.

APPEAL from the Superior Court of Cook county; the Hon. R. S. WILLIAMSON, Judge, presiding. Opinion filed May 9, 1882.

Mr. CHARLES M. OSBORN, for appellant.

Goode v. LeClair.

Mr. H. O. McDaid, for appellee.

Per Curiam. The facts in this case, and the questions arising on the record, are substantially the same as in the case of the Chicago and Western Indiana Railroad Company v. Berg, decided at the present term [*ante* 607]; and for the reasons stated in that case the judgment in this case is reversed, and the cause remanded to the court below for a new trial.

                                        Reversed and remanded.